**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6448**

CALVIN PERRY,

             Plaintiff - Appellant,

      v.

B. BOOKER; C. LOVERN; J. COLLINS; P. RIDGE,

             Defendants - Appellees,

      and

JPAY, INC.; CHILDRESS, Lieutenant of Charlie Building; T. COBBS;
BETTERON, Nurse at Green Rock Correctional Center; SOPHIA MASSENBURG;
K. CROWDER; MARCUS ELAML,

             Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:16-cv-00362-EKD-RSB)

Submitted:  August 23, 2019                      Decided:  August 28, 2019

Before NIEMEYER and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Calvin Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Perry appeals the district court's final order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Perry v. Booker*, No. 7:16-cv-00362-EKD-RSB (W.D. Va. Mar. 27, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*